IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | No. 16-CR-0 4006-MWB |
|---|---|---|
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | Count 1 |
| | ) | 21 U.S.C. § 841(a)(1) |
| DANIEL SUHR, | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | 21 U.S.C. § 846: Conspiracy to |
| Defendant. | ) | Distribute a Controlled Substance |
| | ) | Counts 2-5 |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(B): Distribute |
| | ) | a Controlled Substance |

The Grand Jury charges:

## Count 1

### Conspiracy to Distribute a Controlled Substance

From about 2014 and continuing to on or about November 2015, in the Northern District of Iowa and elsewhere, defendant DANIEL SUHR, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine which contained 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and 846.

1

## Count 2

### Distribute a Controlled Substance

On or about April 13, 2015, in the Northern District of Iowa, defendant DANIEL SUHR did knowingly and intentionally distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## Count 3

### Distribute a Controlled Substance

On or about April 18, 2015, in the Northern District of Iowa, defendant DANIEL SUHR did knowingly and intentionally distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## Count 4

### Distribute a Controlled Substance

On or about May 5, 2015, in the Northern District of Iowa, defendant DANIEL SUHR did knowingly and intentionally distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## Count 5

### Distribute a Controlled Substance

On or about May 6, 2015, in the Northern District of Iowa, defendant DANIEL SUHR did knowingly and intentionally distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL

/s/

Grand Jury Foreperson          Date 1-19-16

KEVIN W. TECHAU
United States Attorney

By: [signature]

NATHAN NELSON
Special Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed JAN 2 0 2016
ROBERT L. PHELPS, CLERK